# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:06-CR-9 (WLS) |
| | : | |
| KWAJALEN WATERS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Parties in this case appeared for a hearing July 17, 2013, on Defendant Kwajalen Waters' Motion to Modify Restitution Amount. (Doc. 95.) During the hearing, counsel for Waters and the United States informed the Court that the Parties had resolved several of the issues in Waters' Motion. Additionally, the Parties agreed that the United States could not yet provide the requested relief and that Waters would need to seek discovery from Capital City Bank & Trust to adjust the amount of restitution still owed. The Parties therefore agreed that the Motion to Modify Restitution Amount is moot.

For those reasons, the Motion to Modify Restitution Amount (Doc. 95) is **DENIED** as moot.

**SO ORDERED**, this   7th   day of August 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**